CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

January 8, 2018

Blake A. Hawthorne, Clerk
Supreme Court of Texas
PO Box 12248
Austin, Texas 78711
RE:     Request to Transfer Original Proceeding
        Court of Appeals Number:     05-18-00011-CV

Style:  *In re James Pikl*

Dear Mr. Hawthorne:

In accordance with Texas Rule of Appellate Procedure 16.2 and Texas Rule of Civil Procedure 18b(b)(1), the Justices of the Fifth District Court of Appeals have voluntarily recused themselves and the Court from participating in this case. A copy of the recusal order is attached. Therefore, the Court is requesting that the Texas Supreme Court, pursuant to its authority under section 73.001 of the Texas Government Code, transfer the original proceeding to another court of appeals.

The Court appreciates your assistance with this matter.

Sincerely,

Carolyn Wright
Chief Justice

Enclosures

cc:     All counsel
ltr:cw